In the Matter of the Claim of CALOGERO CALLARI, Respondent, against NEW YORK STATE RAILWAYS, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1936; decided December 1, 1936.)

*George D. Ogden* for appellant.

*Leonard D. Marafioti* and *Henry Redman Dutcher* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.